

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Virg Thomas v. Henry Philley, Velma A. Philley, and Martin Amador

Appellate case number:   01-19-00270-CV

Trial court case number: C2018064

Trial court:             355th District Court of Hood County

Appellant, Vig Thomas, has filed an unopposed motion requesting that our Court order the district court clerk to file a supplemental clerk's record containing the trial court's charge and the jury's verdict in the underlying case. We **grant** the motion and order the district court clerk to file a supplemental record containing the trial court's charge and the jury's verdict by **October 3, 2019**.

We also **grant** appellant's request to extend the deadline for filing his appellant's brief. Appellant's brief shall be due **30 days** after the supplemental clerk's record is filed with this Court.

It is so ORDERED.


Judge's signature: ____/s/ Gordon Goodman____
                              Acting individually


Date: ___September 26, 2019_____